IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DREW HARTLEY,

    Petitioner,

vs.                                              CASE NO. 5:07cv233-RS/AK

WALTER MCNEIL,

    Respondent.
_____/

## ORDER

This cause is before the Court on Petitioner's motion for certificate of appealability which was filed with regard to an appeal of certain non-dispositive orders. The court of appeals dismissed the appeal as without jurisdictional basis. Therefore, the motion for COA, Doc. 29, is **MOOT**.

**DONE AND ORDERED** this  *3rd*   day of March, 2009.


                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**