IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DREW HARTLEY,

    Petitioner,

vs.                                                                  CASE NO. 5:07cv233-RS/AK

WALTER MCNEIL,

    Respondent.
_____/

## ORDER

By separate Report and Recommendation, the undersigned has recommended that the petition for writ of habeas corpus, Doc. 1, be denied. Petitioner has also filed a plethora of motions seeking discovery and expansion of the record, Docs. 15, 21, 23, 38, 39, & 41, which, given the ruling on the habeas petition, are not well taken and are hereby **DENIED**.

**DONE AND ORDERED** this 3rd day of March, 2009.

                              S/A. Kornblum
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**